IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

      Plaintiff,

  v.            Case No. 2:04CR20125-001-KHV

DENISE WOODS,

      Defendant.

## SATISFACTION OF ASSESSMENT

The assessment in the above-captioned case, having been paid in full, the Clerk of the United States District Court for the District of Kansas is hereby authorized to satisfy and cancel said judgment of record as to the assessment for the Crime Victim's Fund, ordered in the Judgment In A Criminal Case, Doc. 16.

Dated January 6, 2006.

                Respectfully submitted,

                ERIC F. MELGREN
                United States Attorney


                s/ Tanya Sue Wilson
                TANYA SUE WILSON
                Assistant United States Attorney
                Ks. S.Ct. No. 11116
                Federal Building, Suite 290
                444 SE Quincy
                Topeka, KS  66683-3592
                Telephone:  (785) 295-2850
                Facsimile:  (785) 295-2853
                E-mail: Tanya.Wilson@usdoj.gov
                Attorneys for the United States